1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Larry Alan Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 05CR0785-LAB |
| ) | |
| Plaintiff, ) | **ORDER TO** |
| ) | **TERMINATE PROBATION** |
| vs. ) | |
| ) | |
| CRISTINA CANDELARIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS HEREBY ORDERED**, based upon the Joint Motion of the parties, Defendant CRISTINA CANDELARIO's probation be terminated.

**IT IS SO ORDERED.**

DATED: June 29, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge